UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-20494-CIV-HUCK/O'SULLIVAN

LAWRENCE L. ANDERSON, M.D., P.A., et al.,

    Plaintiffs,

v.

GEORGE HUFF, et al.,

    Defendants.

_____/

### ORDER ON MOTIONS TO DISMISS

THIS MATTER is before the Court on Defendants DeFrancesco and FMG's Motion to Dismiss (D.E. #3), filed March 31, 2009, and Defendant Fallon's Motion to Dismiss (D.E. #5), filed April 6, 2009. The Court has reviewed the motions and is duly advised in the premises. For the reasons stated in open court at today's hearing, it is hereby

ORDERED that

1. Defendants DeFrancesco and FMG's Motion to Dismiss (D.E. #3) is granted without prejudice.

2. Plaintiffs are granted leave to amend the complaint to comply with Federal Rule of Civil Procedure 9(b).

3. If plaintiffs amend their complaint, they shall state the operative dates for the events in question and identify which plaintiffs invested money and with whom that money was invested.

4. Defendant Fallon's Motion to Dismiss (D.E. #5) is denied.

DONE in Chambers, Miami, Florida, May 5, 2009.

_____
Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record