UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-20494-CIV-HUCK

LAWRENCE L.
ANDERSON, M.D., P.A.

    Plaintiff,

v.

GEORGE HUFF, and ROCCY M.
DEFRANCESCO, JR.,

    Defendants.
_____/

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO
DEFENDANT DEFRANCESCO AND MOTION TO DISMISS AS TO DEFENDANT HUFF

Plaintiff, Lawrence Anderson, M.D., P.A., hereby voluntarily dismisses this action against Defendant Roccy DeFrancesco, without prejudice, pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i).[1] Plaintiff also moves the Court pursuant to Fed.R.Civ.P. 41 (a)(2) to dismiss this action, without prejudice, against Defendant Huff, who on June 22, 2009, filed his Answer (DE 21) and thereby made his first appearance in this case.

CERTIFICATE OF SERVICE

We hereby certify that on June 29, 2009, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on Paul Aiello, Esquire, Bennett Aiello Cohen & Fried, 25 SE 2nd Ave., Suite 808, Miami, Florida 33131, and George Huff, 190 Waters Edge Lane, Indialantic, Florida 32903, via transmission of Notices of Electronic Filing generated by CM/ECF.

    By: Mark Goldstein
    Fla. Bar No: 882186
    Richard Wolfe
    Fla. Bar No: 355607
    Email: mgoldstein@rra-law.com
    Email: rwolfe@rra-law.com
    Rothstein Rosenfeldt Adler
    100 S.E. Second Street, Suite 3300
    Miami, Florida  33131
    Tel:  305-381-7115 /   Fax:  305-381-7116

---

[1] Leave of Court nor Defendant DeFrancesco's permission are required to effectuate this dismissal because Defendant DeFrancesco has not filed an Answer or Motion for Summary Judgment, only a motion to dismiss. See Plains Growers, Inc. v. Ickes-Braun Glasshouses, Inc.,  474 F.2d 250, 253-254 (5th Cir. 1973).