### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### CASE NO.: 09-20494-CIV-HUCK/O'SULLIVAN

LAWRENCE L.
ANDERSON, M.D., P.A.,

      Plaintiff,

v.

GEORGE HUFF, and ROCCY M.
DEFRANCESCO, JR.

      Defendants.

_____/



## <u>FINAL ORDER OF DISMISSAL</u>

      This matter is before the Court upon Plaintiff's Notice of Voluntary Dismissal as to Defendant Defrancesco and Motion to Dismiss as to Defendant Huff (D.E. #22).   Defrancesco has not yet answered Plaintiff's Amended Complaint, and therefore may be dismissed without court order. Fed. R. Civ. P. 41(a)(1). Huff, however, has answered Plaintiff's Amended Complaint, thus cutting off Plaintiff's right to voluntarily dismiss Huff without a court order. *See* Fed. R. Civ. P. 41(a)(2). Although Huff has filed his Answer, he did not plead a counterclaim nor has he objected to his dismissal from this action. Accordingly, after considering the Notice and Motion, reviewing the record, noting Huff's lack of objection to Plaintiff's Motion to Dismiss, and being otherwise duly advised in the premises, the Court finds dismissal of Huff pursuant to Rule 41(a)(2) proper. It is therefore

      ORDERED and ADJUDGED that Plaintiff's Motion to Dismiss Defendant Huff (D.E. #22) is granted. This action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and (a)(2). All pending motions are denied  as moot and the case is closed.

      DONE in Chambers, Miami, Florida, on July 20, 2009.

Paul C. Huck
United States District Judge

<u>Copies furnished to:</u>
Counsel of Record